In re Estate of Johanna E. Schaffhauser, Deceased.
Flora M. Gaebel, Executrix of Last Will and Testament of Johanna E. Schaffhauser, Deceased, Appellant, v. Trust Company of Chicago, Administrator De Bonis Non with Will Annexed of Estate of Johanna E. Schaffhauser, Deceased, Appellee.

Gen. No. 42,874.

638

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944. G. A. Buresh, for appellant; Victor G. Nardi, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.